James R. Touchstone, Esq., SBN 184584
jrt@jones-mayer.com
Denise L. Rocawich, Esq., SBN 232792
dlr@jones-mayer.com
David R. Demurjian, Esq., SBN 237742
drd@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

Attorneys for Defendants, CITY OF FULLERTON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELLA MACIAS,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY OF FULLERTON; Corporal JOSEPH ZUNIGA, individually and as a peace officer, DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.  8:19-cv-01082-DOC (JDEx)<br><br>*Hon. David O. Carter*<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE JUDGE DAVID O. CARTER:**

PLEASE TAKE NOTICE that Plaintiff, MARISELLA MACIAS and Defendants CITY OF FULLERTON and JOSEPH ZINIGA in the above-referenced matter, by and through their undersigned counsel, submit the following Notice of Settlement:

Plaintiff, MARISELLA MACIAS and Defendants, CITY OF FULLERTON and Corporal JOSEPH ZUNIGA, have reached a settlement of all causes of actions and issues between all parties in the above-referenced case.

A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed within 30 days.

Dated: September 20, 2019

Respectfully Submitted,

JONES & MAYER

By: */s/James R. Touchstone*
James R. Touchstone
Denise L. Rocawich
David R. Demurjian
Attorneys for Defendant
CITY OF FULLERTON

Dated: September 20, 2019

THE BECK LAW FIRM

By: */s/ Thomas E. Beck*
Thomas E. Beck
Attorneys for Plaintiff
MARISELLA MACIAS

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.